UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA

   -v-

JONA RECHNITZ,

              Defendant.

No. 16-cr-389 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from the government, dated March 13, 2017, requesting that the Court unseal the information, related charging documents, waiver of indictment, plea transcript, government's correspondence relating to the sealing of materials, and accompanying docket entries in this case. The government requests, however, that the plea transcript and correspondence relating to sealing be filed in redacted form because portions of those documents relate to an ongoing investigation.

      IT IS HEREBY ORDERED THAT this case, *United States v. Jona Rechnitz*, 16-cr-389 (RJS), shall be unsealed, and that the information, related charging documents, waiver of indictment, and accompanying docket entries shall be made available on the public docket.

      With respect to the plea transcript and correspondence relating to sealing, the Court finds that the presumption of open records has been overcome. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995) (recognizing that countervailing factors against the presumption of open records include the risk of compromising ongoing law enforcement investigations); *United States v. Cojab*, 996 F.2d 1404, 1408 (2d Cir. 1993) ("[W]e have recognized as additional sufficient reasons for closure and sealing those occasions where an ongoing government investigation may be jeopardized. . . .").

Accordingly, IT IS FURTHER ORDERED THAT the government shall file the correspondence relating to sealing in redacted form as set forth in the attachments to their March 13, 2017 letter.  The Clerk of Court is respectfully directed to accept those redacted filings.

IT IS FURTHER ORDERED THAT the government's request to redact the plea transcript as proposed in its March 13, 2017 submission is granted.  The court reporter is respectfully directed to file the government's proposed redacted version of the plea transcript, which the Court will provide, publicly via ECF.

SO ORDERED.

Dated:        March 15, 2017
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE