```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

          - v. -                 :      SEALED NOTICE OF INTENT TO
                                        FILE AN INFORMATION
JONA RECHNITZ,                   :

          Defendant.             :

- - - - - - - - - - - - - - - - x
```

# 16 CRIM 389

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         June 1, 2016

PREET BHARARA
United States Attorney

By: _____
    Russell Capone
    Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
    Alan Levine, Esq.
    Laura Birger, Esq.
    Attorneys for Jona Rechnitz

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/16
```

"B" Sullivan