UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :     SEALED ORDER
                                         :
            - v. -                       :     16 Cr. __ (  )
                                         :
JONA RECHNITZ,                           :
                                         :
                        Defendant.       :
                                         :
- - - - - - - - - - - - - - - - - - - - x

       WHEREAS, an application has been made by the United States of America requesting that the Notice of Intent in this matter remain under seal until further order of the Court and docketing of the Notice of Intent be delayed;

       WHEREAS, the Court finds that active law enforcement investigations and the safety of the defendant and others may be compromised if the Government's application is not granted;

       IT IS HEREBY ORDERED that the Notice of Intent in this matter shall be sealed until further order of the Court and that docketing of the Notice of Intent be delayed;

       IT IS FURTHER ORDERED that this Order and the related Application be sealed and their docketing delayed until further order of the Court; and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/16

IT IS FURTHER ORDERED that the Government shall report to the assigned District Judge within 30 days regarding the continuing need, if any, to maintain the Notice of Intent under seal.

SO ORDERED:

Dated: New York, New York
       June 2, 2016

_____
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York