UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/16
```

UNITED STATES OF AMERICA

-v-

JONA RECHNITZ,

                      Defendant.

No. 16-cr-___ (RJS)
<u>SEALED ORDER</u>

16 CRIM 389

RICHARD J. SULLIVAN, District Judge:

    IT IS HEREBY ORDERED that Defendant shall be released on a bond, fully secured by $500,000 in cash or property (to be approved by the government) along with the following conditions of release:

1. Defendant shall surrender his passport(s) and global entry card, as well as any other travel documents to the Federal Bureau of Investigation.

2. Defendant shall refrain from applying for new travel documents.

3. Defendant shall refrain from possession of any weapons, firearms, and/or destructive devices.

4. Defendant shall surrender any weapons or firearms license.

5. Defendant's travel shall be restricted to the United States of America, except for his trip to Canada between June 20-22.

IT IS FURTHER ORDERED that all conditions set forth in this order shall be met no later than June 20, 2016. For the reasons stated under record, IT IS FURTHER ORDERED that this order and the transcript of Defendant's plea hearing shall remain under seal. IT IS FURTHER ORDERED that the deadline for the government to submit a letter updating the court regarding the need for sealing, previously scheduled for 30 days from June 3, 2016, is adjourned to

September 6, 2016. IT IS FURTHER ORDERED that, no later than September 6, 2016, and every ninety days thereafter, the government shall submit an update letter to the Court regarding the status of Defendant's cooperation, whether the parties are prepared to proceed with sentencing, and the continuing need for sealing in this matter. The government shall provide a copy of these letters to defense counsel.

SO ORDERED.

Dated: June 6, 2016
New York, New York

RICHARD J. SULLIVAN
U.S. DISTRICT JUDGE