UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

           - v. -                     :    **WAIVER OF INDICTMENT**

                                                                         16 Cr. __ (RJS)

JONA RECHNITZ,                    :

                                   Defendant.  :

- - - - - - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                    _____
                                                    Defendant

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 6/6/16]

                                                    _____
                                                    Witness

                                                    _____
                                                    Counsel for Defendant

Date:    New York, New York
           June 6, 2016

0202