

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2017

By Electronic Mail
The Honorable Richard J. Sullivan
United States District Court
 for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Jona Rechnitz, 16 Cr. 389 (RJS)

Dear Judge Sullivan:

      The Government respectfully requests that the attached paperwork relating to the Government's application for courtroom closure of the plea proceedings be filed in the redacted form as set forth in the attached Exhibit A.

      As Your Honor is aware, the Court recently ordered the unsealing of, among other things, the criminal information, waiver of indictment, plea transcript, the Government's correspondence relating to the sealing of materials, and accompanying docket entries, in the above-referenced case.

      The attached materials, which relate to the courtroom closure of the plea proceedings, should also be unsealed. However, the Government respectfully requests that these materials be filed in the redacted form as set forth in the attached Exhibit A. The Government submits that the redacted matters relate to an ongoing investigation for which redaction is appropriate. *See United States* v. *Cojab*, 996 F.2d 1404, 1408 (2d Cir. 1993). Defense counsel does not object to this request.

```
For the reasons stated in the March 15, 2017
unsealing order, the Court finds that the presumption
of open records has been overcome with respect to the
attached affirmations in support of the government's
application for courtroom closure of the plea
proceedings. Specifically, the Court finds that the
redacted portions relate to ongoing investigations
that could be compromised if the affirmations are
filed in unredacted form. Accordingly, IT IS HEREBY
ORDERED THAT the government shall file the attached
affirmations in redacted form. The Clerk of Court is
respectfully directed to accept those redacted
filings.
```

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: _____/s/_____
Martin Bell / Russell Capone /
Kan M. Nawaday / Lauren Schorr
Assistant United States Attorneys
Southern District of New York
(212) 637-2463 / 2247 / 2311 / 2299

Attch.
Cc:  Alan Levine, Esq.
      Laura Birger, Esq.
      Counsel for the Defendant (By electronic mail)

SO ORDERED
Dated: 4/5/17
RICHARD J. SULLIVAN
U.S.D.J.