

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 1, 2017

By Electronic Mail
The Honorable Richard J. Sullivan
United States District Judge
United States District Court for the
    Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Jona Rechnitz
                16 Cr. 389 (RJS)

Dear Judge Sullivan:

      The Government writes pursuant to the Court's order of May 3, 2017, to advise the Court of the status of the defendant's cooperation. The defendant's cooperation is ongoing, and the Government expects the defendant's cooperation to continue until at least through May 2018. In particular, the defendant may testify in *United States* v. *Seabrook, et al.*, 16 Cr. 467 (ALC), for which trial is scheduled to begin on October 18, 2017. Further, the defendant may also testify in *United States* v. *Grant, et al.*, 16 Cr. 468 (GHW), for which trial is scheduled to begin on April 30, 2018. In light of the foregoing, the Government does not expect this case to be ready for sentencing until, at the earliest, the Summer of 2018.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney

By: /s/ Kan M. Nawaday
      Martin Bell / Russell Capone / Kan M. Nawaday /
      Lauren B. Schorr
      Assistant United States Attorneys
      (212) 637-2463 / 2247 / 2311 / 2299

Cc:    Alan Levine, Esq. (By Email)
        Laura Birger, Esq. (By Email)