U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2023

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Jona Rechnitz*, 16 Cr. 389 (KPF)

Dear Judge Failla:

    The Government writes in advance of resentencing in the above-referenced case, which is currently scheduled for October 17, 2023. Without objection from any party, the Government and the defendant jointly request that the proceeding be adjourned for approximately ninety (90) days.

    This adjournment is requested because the parties are in the process of preparing their supplemental submissions to the Court and require additional time to address all matters that may be relevant to the Court's consideration at resentencing. Further, the Government understands that the defendant and the New York City Correction Officers' Benevolent Association ("COBA") are currently engaged in ongoing discussions about a potential resolution regarding the matter of restitution.

    Accordingly, the Government and the defendant respectfully request that resentencing be adjourned for approximately ninety (90) days to a date and time convenient for the Court, the defendant, and COBA, along with a corresponding adjournment of all submission deadlines. The Government has conferred with counsel for the defendant, Noam Biale, Esq., and counsel for COBA, Christopher Gunther, Esq., who consent to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    */s/ Jarrod L. Schaeffer*
    Assistant United States Attorney
    Tel.: (212) 637-2270

cc: Counsel of Record (via ECF)