**SHER TREMONTE** LLP

January 16, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Jona Rechnitz*, 16 Cr. 389 (KPF)

Dear Judge Failla:

I represent Jona Rechnitz. I write to correct an apparent error in the letter I filed concerning Mr. Rechnitz's resentencing on January 14, 2026. ECF No. 252. In that letter, I stated, drawing from Mr. Rechnitz's original sentencing memorandum, that his Sentencing Guidelines range was 78-97 months, based on a total offense level of 28 in Criminal History Category I. *Id.* at 7; *see* ECF No. 71, at 15. After discussion with AUSA Lara Pomerantz, and upon review of the original sentencing transcript, I note that Judge Hellerstein found Mr. Rechnitz's total offense level to be one level higher, 29, resulting in a Guidelines range of 87-108 months. Sentencing Tr. 7:16, *United States v. Rechnitz*, 16-CR-389 (S.D.N.Y. Dec. 20, 2019). Accordingly, applying the two-level reduction for zero-point offender available to him now, his total offense level would be 27, resulting in a Guidelines range of 70-87 months. The point I made in my sentencing letter remains, however, that the 17-month reduction in the lower end of the Guidelines range is one reason—among the others cited in my letter—to reduce Mr. Rechnitz's 5-month sentence of imprisonment to a non-custodial sentence.

I appreciate the Court's consideration.

Respectfully submitted,

/s/*Noam Biale*
Noam Biale
SHER TREMONTE LLP

*Attorneys for Jona Rechnitz*

cc:   All counsel of record (by ECF)