SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
————
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-3483
DIRECT FAX
(917) 777-3483
EMAIL ADDRESS
CGUNTHER@SKADDEN.COM

February 20, 2026

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
U.S. Courthouse
40 Centre Street
New York, NY 10007

Re: *United States v. Jona Rechnitz*, No 16 Cr. 389 (KPF)

Dear Judge Failla:

    Please find enclosed a letter from the President of the Correction Officers' Benevolent Association, Inc. regarding the upcoming sentencing of Jona Rechnitz.

    Respectfully,

    /s/ Christopher J. Gunther
    Christopher J. Gunther

cc: All parties via ECF