# EXHIBIT A

Case 1:16-cr-00389-KPF   Document 259-1   Filed 03/06/26   Page 2 of 4

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO: <u>2025-001656-CA-01</u>
SECTION: <u>CA22</u>
JUDGE: <u>Beatrice Butchko Sanchez</u>

**JAYSON WINER et al**

Plaintiff(s)

vs.

**FRIST APEX VENTURES, LLC et al**

Defendant(s)

_____/

<u>**ORDER GRANTING DEFENDANTS' VERIFIED EMERGENCY MOTION FOR TEMPORARY INJUNCTION FOR PROTECTION AGAINST STALKING AGAINST PLAINTIFF JAYSON WINER**</u>

**Docket Index Number: _37_**

    **THIS CAUSE** came before the Court on Monday, March 31, 2025, upon Defendants/Counter-Plaintiffs, JONA RECHNITZ and AYAL FRIST'S, Verified Emergency Motion for Temporary Injunction for Protection Against Stalking [D.E. 37]. This Court, having considered the Motion, and having received and considered argument from counsel for the parties, and being otherwise fully advised in the premises, hereby **ORDERS:**

1. Defendants/Counter-Plaintiffs' Verified Emergency Motion for Temporary Injunction for Protection Against Stalking is **GRANTED IN PART**.

2. Plaintiff/Counter-Defendant Jayson Winer is prohibited from making any direct contact with Jona Rechnitz and Ayal Frist.

3. Plaintiff/Counter-Defendant Jayson Winer may post on social media regarding his frustration about the litigation but is prohibited from disparaging or threatening Jona Rechnitz and Ayal Frist in any social media posts.

4. The temporary injunction for protection against stalking will expire fifteen (15) days from the date of entering this Order.

5. Pursuant to Fla. Stat. § 784.085, *et seq*.,:

    a. This temporary injunction is valid and enforceable in all counties of this state.

    b. Law enforcement officers may use their arrest powers pursuant to Section 901.15(6), Florida Statutes to enforce the terms of this temporary injunction.

    c. This Court has jurisdiction over the parties and matter under the laws of this state.

    d. Reasonable notice and the opportunity to be heard was given to Mr. Jayson Winer sufficient to protect his right to due process.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this 2nd day of April, 2025.

2025-001656-CA-01 04-02-2025 8:38 AM
Hon. Beatrice Butchko Sanchez

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Carla C Benedi, cbenedi@hsmpa.com
Casey R Cummings, casey@rosenbergcummings.com
Casey R Cummings, marc@rosenbergcummings.com
Casey R Cummings, scheduling@rosenbergcummings.com
Daniel Tropin, dtropin@hsmpa.com
Daniel Tropin, filings@hsmpa.com
Joshua Walter Osborn, Josh@rosenbergcummings.com

Luis Eduardo Suarez, lsuarez@hsmpa.com
Luis Eduardo Suarez, filings@hsmpa.com
Luis Eduardo Suarez, cbenedi@hsmpa.com
Pamela Chavez, Pamela@RosenbergCummings.com
Roberta Maugee, roberta@rosenbergcummings.com
Yitz Frid, jayfrid@gmail.com
Yitz Frid, jayfrid@gmail.com
Yitz Frid, jayfrid@gmail.com


**Physically Served:**