AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York  ▼

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   16-cr-389 |
| Jona Rechnitz | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jona Rechnitz                                                                                           .

Date:     04/08/2026                                     /s/ Michael Bass
                                                        *Attorney's signature*

                                                        Michael Bass 5989959
                                                        *Printed name and bar number*

                                                        Sher Tremonte LLP
                                                        90 Broad St, 23rd Fl.
                                                        New York, NY 10004
                                                        *Address*

                                                        mbass@shertremonte.com
                                                        *E-mail address*

                                                        (212) 202-2600
                                                        *Telephone number*

                                                        (212) 202-4156
                                                        *FAX number*